**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| FERRING B.V., FERRING INTERNATIONAL CENTER S.A., and FERRING PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> -v- <br><br> ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, SERENITY PHARMACEUTICALS, LLC, REPRISE BIOPHARMACEUTICS, LLC, SEYMOUR H. FEIN, and RONALD V. NARDI, <br><br> Defendants. | No. 12-CV-2650 (RWS) <br> ECF CASE |

---

## NOTICE OF REPRISE AND SERENITY'S MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO FED. R. CIV. P. 25(c)

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 11, 2017, Defendants Serenity Pharmaceuticals Corporation, Serenity Pharmaceuticals, LLC (collectively, "Serenity"), and Reprise Biopharmaceutics, LLC ("Reprise") by and through their undersigned counsel, will move this Court, before the Honorable Robert W. Sweet, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on Wednesday, August 2, 2017, at 11:00 a.m., for an order granting Reprise and Serenity's Motion for Substitution of Parties pursuant to Federal Rule of Civil Procedure 25(c).

Dated: July 11, 2017
New York, New York

                                              Respectfully submitted,

                                              */s/ James Sottile, IV*
                                              James Sottile, IV (admitted *pro hac vice*)
                                              Christopher J. Harnett (CH3658)
                                              Shehla Wynne (SW1983)
                                              Kevin V. McCarthy (KM1028)
                                              JONES DAY
                                              250 Vesey Street
                                              New York, New York 10128-1047
                                              Telephone: (212) 326-3939
                                              jsottile@jonesday.com
                                              charnett@jonesday.com

                                              *Attorneys for Defendants*
                                              *Serenity Pharmaceuticals Corporation,*
                                              *Serenity Pharmaceuticals, LLC,*
                                              *Reprise Biopharmaceutics, LLC,*
                                              *Seymour H. Fein and Ronald V. Nardi*

# **CERTIFICATE OF SERVICE**

I certify that on July 11, 2017, I caused the foregoing NOTICE OF REPRISE AND SERENITY'S MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO FED. R. CIV. P. 25(c) to be electronically filed with the Clerk of Court using the CM/ECF system and served upon all counsel of record through the CM/ECF system.

                                                    /s/ *Shehla Wynne*
                                                    Shehla Wynne