UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

FERRING B.V., FERRING INTERNATIONAL
CENTER S.A., and FERRING PHARMACEUTICALS
INC.,

    Plaintiffs and Counter-Defendants,

- against -

ALLERGAN, INC., ALLERGAN USA,
INC., ALLERGAN SALES, LLC,
SERENITY PHARMACEUTICALS CORPORATION,
SERENITY PHARMACEUTICALS, LLC, REPRISE
BIOPHARMACEUTICALS, LLC, SEYMOUR H. FEIN,
and RONALD V. NARDI,

    Defendants and Counterclaimants.

-------------------------------------------X

12 Civ. 2650 (RWS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/17

**Sweet, D.J.**

Defendants' motion to substitute parties, dated July 11, 2017, shall be heard at 11:00 AM on Wednesday, August 9, 2017, in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**July 12, 2017**

ROBERT W. SWEET
U.S.D.J.