UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JUDGE SWEET CHAMBERS

---

FERRING B.V., FERRING INTERNATIONAL CENTER S.A., and FERRING PHARMACEUTICALS INC.,

            Plaintiff(s),

v.

ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, SERENITY PHARMACEUTICALS CORPORATION, SERENITY PHARMACEUTICALS, LLC, REPRISE BIOPHARMACEUTICS, LLC, SEYMOUR H. FEIN, and RONALD V. NARDI,

            Defendant(s).

Civil Action No. 12-CV-2650

**[PROPOSED] ORDER PERMITTING DELIVERY OF MATERIALS FOR USE AT TRIAL PROCEEDINGS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/18

---

**THIS MATTER** having come before the Court on written application by Plaintiffs to this Court requesting permission for their litigation support provider, RLM TrialGraphix, to bring a number of boxes and a library cart into the Courthouse for use at the trial in this matter

**IT IS** on this __/5__ day of February 2018,

**ORDERED** that that Gibbons P.C., Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and Womble Bond Dickson (US), LLP, attorneys for Plaintiffs, are authorized to have their litigation support provider, RLM TrialGraphix, deliver approximately 35-50 boxes and a library cart into the Courthouse via the Courthouse loading dock, to be delivered for use in Courtroom 18C. The date for which such authorization is provided is February 20, 2018.

      It is **SO ORDERED**.

New York, New York
Dated: 2/15/18

                              Robert W. Sweet, U.S.D.J.