UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FERRING PHARMACEUTICALS INC., )
FERRING B.V., and )
FERRING INTERNATIONAL CENTER S.A., )
)
              Plaintiffs, )
)
              -v- )
)
ALLERGAN, INC., ALLERGAN USA, INC., )    C.A. No. 12-cv-2650 (PKC)
ALLERGAN SALES, LLC, SERENITY )    ECF CASE
PHARMACEUTICALS CORPORATION, )
SERENITY PHARMACEUTICALS, LLC, )
REPRISE BIOPHARMACEUTICS, LLC, )
SEYMOUR H. FEIN, and RONALD V. NARDI, )
)
             Defendants. )
------------------------------------------------------------ )

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Pursuant to Federal Rule of Appellate Procedure 4, notice is hereby given that Serenity Pharmaceuticals, LLC, Serenity Pharmaceuticals Corporation and Reprise Biopharmaceuticals, LLC (collectively, "Counterclaimants") appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on September 30, 2019 (D.I. 454), including the Findings of Facts & Conclusions of Law entered in this action on September 27, 2019 (D.I. 453) and any and all other subsidiary opinions, orders, and rulings of the Court that were adverse to Counterclaimants.

Counterclaimants are simultaneously paying the required Notice of Appeal fee ($505.00).

Dated: October 23, 2019
       New York, New York

Respectfully submitted,

_____
Christopher J. Harnett (CH3658)
Pablo D. Hendler (PH9197)
Stuart W. Yothers (SY2001)
Lisamarie LoGiudice (LL1357)
Kevin V. McCarthy (KM1028)
JONES DAY
250 Vesey Street
New York, New York 10281-1047
Telephone: (212) 326-3939
charnett@jonesday.com

*Attorneys for Counterclaimants*