UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FERRING B.V. et al.,

                Plaintiffs,                12-cv-2650 (PKC)

    -against-                                ORDER

ALLERGAN, INC. et. al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Ferring's motion to dismiss the remaining claims in this case with prejudice is GRANTED. The claims are dismissed as moot. The Clerk is directed to terminate the motion (Doc 473).

        SO ORDERED.

                                                    P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       March 23, 2021