UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FERRING B.V. et al.,

                Plaintiffs,                12-cv-2650 (PKC)

    -against-                                ORDER

ALLERGAN, INC. et. al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court will hold oral argument on Ferring's motion for sanctions (doc 474) on August 24, 2021 at 11:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

        SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
         July 29, 2021