UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FERRING B.V. et al.,

                Plaintiffs,                12-cv-2650 (PKC)

   -against-                              ORDER

ALLERGAN, INC. et. al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The oral argument scheduled for 11:00 a.m. on **August 24, 2021** will now take place at **4:00 p.m.** on that same day in Courtroom 11D, 500 Pearl Street, New York, New York.

        SO ORDERED.

                                        P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
        August 19, 2021