UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FERRING B.V. et al.,

                Plaintiffs,                12-cv-2650 (PKC)

    -against-                        <u>ORDER</u>

ALLERGAN, INC. et. al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        For the reasons set forth in the transcript of the proceeding held on August 24, 2021, Ferring's motion for sanctions (doc 474) is DENIED. The Clerk is directed to terminate the motion and close the case.

        SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
        August 24, 2021